IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOLLY WHITE | § | |
| | § | |
| v. | § | |
| | § | |
| TIGER MISSING LINK FOUNDATION, | § | |
| INC. d/b/a TIGER CREEK WILDLIFE | § | |
| REFUGE; BRIAN WERNER, Individually | § | CIVIL NO. 2-01CV058 |
| and d/b/a TIGER MISSING LINK | § | |
| FOUNDATION and/or TIGER CREEK | § | |
| WILDLIFE REFUGE; TERRI BLOCK, | § | |
| Individually and d/b/a TIGER MISSING | § | |
| LINK FOUNDATION and/or TIGER | § | |
| CREEK WILDLIFE FOUNDATION and | § | |
| RON DIXON | § | |

## DEFENDANT TERRI BLOCK'S NOTICE OF INITIAL DISCLOSURE

TO THE HONORABLE COURT:

COMES NOW, TERRI BLOCK, one of the Defendants in the above-referenced cause, and hereby notifies the Court that she has complied with Rule CV-26 of the Local Rules of Court for the United States District Court for the Eastern District of Texas, Fed.R.Civ.P. 26 (a)(1) and the Court's Notice of Scheduling Conference, Proposed Deadlines for Docket Control Order and Discovery Order, in that she has served all counsel of record with her Initial Disclosure.



Respectfully submitted,

POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 Fascimile

By: _____
MICHAEL E. JONES
Stare Bar No. 10929400

ATTORNEY IN CHARGE FOR
DEFENDANT TERRI BLOCK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record as indicated below on this 17th day of July, 2001.

MICHAEL E. JONES

Mr. Michael Ace
100 East Ferguson, Suite 400
Tyler, Texas 75702
**ATTORNEY FOR PLAINTIFF**

Mr. Sean Healey
Healy Law Offices
309 East Erwin
Tyler, Texas 75702
**ATTORNEY FOR DEFENDANTS BRIAN WERNER AND TIGER MISSING LINK FOUNDATION**

Mr. William M. Blair, III
AKIN, NEELEY& MASON, L.L.P.
Austin Bank Building
3400 W. Marshall Avenue, Suite 307
Longview, Texas 75604
**ATTORNEY FOR DEFENDANT RON DICKSON**