IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOLLY WHITE | § § § | |
| VS. | § § | CIVIL ACTION NO. 2:01CV58 (TJW) |
| TIGER MISSING LINK FOUNDATION, INC., ET AL | § § § | |

## MEDIATOR'S REPORT

A mediation conference was held on August 7, 2001. All parties and counsel participated. The conference resulted in settlement by agreement of the parties whereby a joint request will be made to the Court for administrative closure pending performance of the conditions of settlement over a seven month period.

Signed this 8th day of August, 2001.

_____
JAMES W. KNOWLES, MEDIATOR

