IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOLLY WHITE | § § § | |
| v. | § § | |
| TIGER MISSING LINK FOUNDATION, INC. d/b/a TIGER CREEK WILDLIFE REFUGE; BRIAN WERNER, Individually and d/b/a TIGER MISSING LINK FOUNDATION and/or TIGER CREEK WILDLIFE REFUGE; TERRI BLOCK, Individually and d/b/a TIGER MISSING LINK FOUNDATION and/or TIGER CREEK WILDLIFE FOUNDATION and RON DIXON | § § § § § § § § § § § | CIVIL NO. 2-01CV058 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the Agreed Motion to Dismiss with Prejudice. After careful consideration, the Court is of the opinion that the motion should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that this cause be and hereby is dismissed with prejudice to the right of Plaintiff to refile same.

It is further ORDERED that all parties shall pay their own court costs.

SIGNED this _10th_ day of _September_, 2001.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND CONTENT:

_____
Michael Ace
Attorneys for Plaintiff HOLLY WHITE



TLM\4830\6\206168