IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| HOLLY WHITE | § | |
| Vs. | § | CIVIL ACTION NO. 2:01-CV-58 |
| TIGER MISSING LINK FOUNDATION, INC. | § | |

### ORDER OF DISMISSAL

The parties to this case previously announced a settlement of all claims between them.

Pursuant to that settlement, the court DISMISSES this case WITH PREJUDICE.

All pending motions are denied as moot.

The clerk's office is directed to close this case.

So **ORDERED** and **SIGNED** this 24th day of March, 2004.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE